IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CATHERINE V. LAWTON, | }<br>} |
| Plaintiff, | }<br>} |
| v. | } CIVIL ACTION NO.<br>}<br>} CV-01-AR-444-S |
| ANTHONY J. PRINCIPI,<br>Secretary, Department of<br>Veterans Affairs, | }<br>}<br>}<br>} |
| Defendant. | } |

01 JUN 18 AM 9:41

ENTERED
JUN 18 2001

### MEMORANDUM OPINION

The court has for consideration the motion of defendant, Anthony J. Principi, Secretary, United States Department of Veterans Affairs, for partial dismissal of the above-entitled action for the failure of plaintiff, Catherine V. Lawton, to timely exhaust required administrative remedies and her failure to state a claim upon which relief can be granted. The said motion was scheduled for oral argument. Plaintiff neither requested oral argument nor filed a brief in response to defendant's motion and accompanying brief. The motion is well taken and will be granted by separate order.

DONE this 18th day of June, 2001.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

